UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA　　　　　CASE NO.  2:19-CR-00283-01

VERSUS　　　　　　　　　　　　　　JUDGE JAMES D. CAIN, JR.

MORGAN LYONS (01)　　　　　　　　MAGISTRATE JUDGE KAY

## JUDGMENT

Before the court is a Report and Recommendation [doc. 71] of the Magistrate Judge,
recommending that defendant's Motion to Suppress [doc. 47] and first amended Motion to
Suppress [doc. 68] be denied. The court has conducted an independent review of the record,
as well as the objections filed by petitioner [doc. 72], and finds that the Report and
Recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the
Report and Recommendation [doc. 71] be **ADOPTED** and that the Motions to Suppress
[docs. 47, 68] be **DENIED**.

THUS DONE AND SIGNED in Chambers on this 10th day of March, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE